# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| JAMES COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:20-cv-00024-SRC |
| | ) |
| LUKENDRA LOCKHART, et al., | ) |
| | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On June 22, 2020, the Court directed the Clerk of Court to issue process on defendants Kalley Campbell, Rachel Slaughter, Jeffrey McCullum, and Sandra Shepard. (Doc. 8). Defendants were alleged to be employed by Corizon Health, Inc.

Because the Court maintains a waiver agreement with Corizon Health, the Clerk attempted to serve process in accordance with that agreement by sending a waiver of service letter. (Doc. 11). The letter was sent on June 22, 2020, and asked that Corizon Health respond within sixty days. The letter also stated that if service could not be waived, that Corizon Health "shall provide the Court and the plaintiff with written notice of refusal to waive service and note the reasons therefore."

On July 10, 2020, a waiver of service was returned executed with regard to defendants Kalley Campbell, Rachel Slaughter, and Sandra Shepard. (Doc. 13). An answer was subsequently filed on behalf of these three defendants. (Doc. 14).

No response to the waiver of service letter was received with regard to defendant Jeffrey McCullum. Furthermore, the Court received no written notice of refusal or indication as to why

service was not waived. As such, the Court will direct Corizon Health to file a response to the waiver of service letter with regard to defendant Jeffrey McCullum within fourteen (14) days of the date of this order. If service cannot be waived, Corizon Health should note the reason for such refusal. Furthermore, if Corizon Health will not waive service on defendant Jeffrey McCullum because of a change in employment, the Court will order Corizon Health to provide McCullum's last known address under seal.

Accordingly,

**IT IS HEREBY ORDERED** that Corizon Health, Inc. shall show cause in writing, within **fourteen (14) days** of the date of this order, why they have not responded to the waiver of service letter (Doc. 11) with regard to defendant Jeffrey McCullum, which was sent on June 22, 2020.

**IT IS FURTHER ORDERED** that if defendant Jeffrey McCullum is no longer a current employee of Corizon Health, Inc., Corizon Health shall file, under seal and *ex parte*, the last known address of such defendant within **fourteen (14) days** of the date of this order.

Dated this 6th day of October, 2020.

_SL R. CR_

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE