**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | | |
|---|---|---|
| JAMES COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00024-SRC |
| | ) | |
| LUKENDRA LOCKHART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Memorandum and Order**

This matter comes before the Court on its own motion. On October 6, 2020, the Court ordered Corizon Health to show cause as to why they had not responded to the waiver of service letter regarding defendant Jeffrey McCullum. (Doc. 28). The Court also directed that if Corizon Health no longer employed McCullum, it provide his last known address. *Id*.

Corizon Health filed a response that same day. (Doc. 29). According to the response, Corizon Health did not employ McCullum during his time as a physician at Northeast Correctional Center. However, because Corizon Health was in possession of McCullum's last known address, it provided that information under seal. (Doc. 30).

Because plaintiff James Cook is proceeding in forma pauperis, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the address provided in Doc. 30. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons shall be filed under seal and ex parte, and will not be served upon plaintiff, as this document will contain the last known residential address of McCullum.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue process or cause process to issue on defendant Jeffrey McCullum in his individual capacity as to plaintiff's claim of deliberate indifference to his medical needs at the address provided by defense counsel in Doc. 30.

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis, service shall be effectuated by the United States Marshal's Office through summons pursuant to Fed. R. Civ. P. 4.

**IT IS FURTHER ORDERED** that a copy of the summons and return of summons shall be filed under seal and ex parte, and will not be served upon plaintiff, as these documents will contain the last known residential address of defendant Jeffrey McCullum.

Dated this 13th day of October, 2020.

*SLR.CR*

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE