**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| JAMES COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:20-cv-00024-SRC |
| | ) |
| LUKENDRA LOCKHART, et al., | ) |
| | ) |
| Defendants. | ) |

### Memorandum and Order

This matter comes before the Court on a document submitted by plaintiff James Cook which has been construed as a motion to issue process. Doc. 23. In the motion, Plaintiff provides an address for service on defendant Jeffrey McCollum, who has not yet been served. Plaintiff's motion will be denied at this time, as the Court has ordered the United States Marshal's Office to effectuate process at the last known address provided by Corizon Health under seal.

Accordingly, the Court orders that [23] Plaintiff's Motion to Issue Process is denied without prejudice.

Dated this 23rd day of October, 2020.

SLR.CR
_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE