# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| JAMES COOK, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:20-cv-00024-SRC |
| LUKENDRA LOCKHAR, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff James Cook for an extension of time in which to respond to defendant Lukendra Lockhart's motion to dismiss. (Docket No. 34). In the motion, plaintiff states that he has been in segregation and unable to access his legal documents, including the motion to dismiss to which he is attempting to respond. He seeks thirty additional days to file his response. Good cause being shown, the Court finds that the motion should be granted. Plaintiff will be given thirty days from the date of this order in which to respond to defendant Lockhart's motion to dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time (Docket No. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall have an additional **thirty (30) days** from the date of this order in which to submit his response to defendant Lockhart's motion to dismiss.

Dated this 19th day of November, 2020.

*/s/ SL R. CR*

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE