# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| JAMES COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:20-cv-00024-SRC |
| ) | |
| LUKENDRA LOCKHART, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on a letter sent by plaintiff James Cook. (Docket No. 43). In the letter, plaintiff states that he is undergoing "emergency circumstances" due to what he believes is a "blood clot." Due to these circumstances, plaintiff states he is in pain, having trouble breathing, and experiencing dizziness and an irregular heartbeat. Plaintiff further alleges that he is not being allowed to see a doctor.

Having reviewed plaintiff's letter, the Court orders defendants, upon receipt of this Order, to promptly investigate and determine whether plaintiff is receiving appropriate medical attention and, if not, to promptly ensure that he does. The Court further orders defendants to jointly file a response notifying the Court of their compliance with this Order. The response should indicate what medical treatment plaintiff is receiving, and whether or not plaintiff has been allowed to see a doctor. If plaintiff has not been allowed to see a doctor, defendants should indicate the reason or reasons he has not been examined by a doctor. Defendants will be given fifteen days in which to file their response.

Accordingly,

**IT IS HEREBY ORDERED** that defendants shall promptly investigate and ensure plaintiff is receiving appropriate medical attention.

**IT IS FURTHER ORDERED** that defendants shall submit a written response to the allegations contained in plaintiff's letter (Docket No. 43) within **fifteen (15) days** of the date of this order.

Dated this 21st day of December, 2020

                                                              *SLR.CR*

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE