**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| JAMES COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00024-SRC |
| | ) | |
| LUKENDRA LOCKHART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff James Cook for an extension of time in which to respond to defendant Jeffrey McCullum's motion to dismiss. (Docket No. 67). The motion will be denied as moot, as the motion to dismiss filed by defendant McCullum has already been denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to file a response (Docket No. 67) is **DENIED AS MOOT**.

Dated this 18th day of February, 2021.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE